UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 17-3350-MWF(AJWx)**　　　　　　　　　　　Dated: **June 27, 2017**

Title:　　Pension Benefit Guaranty Corporation -*v*- Beveryl Hills South Pacific Surgery Center, Inc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　　ATTORNEYS PRESENT FOR DEFENDANTS:

None Present　　　　　　　　　　　　　　　　None Present

PROCEEDINGS (IN CHAMBERS):　　ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

　　In light of the Default By Clerk entered on June 22, 2017 the Court sets a hearing for Order To Show Cause Re Default Judgment for **July 24, 2017 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged*, and no appearance will be necessary.

　　IT IS SO ORDERED.